1 | BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7 | Telephone: (415) 436-6840
FAX: (415) 436-7234
Email: kevin.barry@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,            )  No. CR 12-0754 CRB
                                        )
15 |        Plaintiff,                  )
                                        )  **NOTICE OF DISMISSAL**
16 |   v.                               )
                                        )
17 | KENNETH WAYNE ESTES,                )
                                        )
18 |        Defendant.                  )

19

20    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California dismisses the indictment in the above action with

22 prejudice.

23                                                      BRIAN J. STRETCH
                                                        Acting United States Attorney
24 DATED: March 11, 2016

                                                        _____
25
                                                        DAVID R. CALLAWAY
26                                                      Chief, Criminal Division

27

28

NOTICE OF DISMISSAL
CR 12-0745 CRB

**ORDER**

Leave is granted to the government to dismiss the indictment, and the action is dismissed.

IT IS SO ORDERED.

DATED: March 11, 2016

_____
HON. CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL
CR 12-0745 CRB